*NE habeas*

AO 242 (Rev. 12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

**Charles Justin Smith**
Petitioner
*(Full name)*

-v-

**Madison County**
Respondent
*(Name of warden or authorized person having custody of petitioner.)*

Civil Action No. _____
*(to be filled in by the Clerk's Office)*

CV-17-K-0415-NE

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Charles Justin Smith**
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of Institution: **Madison County Jail**
   (b) Address: **P.O. 2047, Huntsville, AL 35804**
   (c) Your prisoner identification number: **00034184**

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain: _____

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: _____
       (b) Docket number of criminal case: _____

1

(c) Date of sentencing: _____

☐ Being held on an immigration charge

☐ Other (explain) _____

_____

_____

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain) _____

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: _Madison County Court House_

(b) Docket number, case number, or opinion number: _DC-2016-6010   DC-2016-5404   DC-2016-5403   DC-2016-5655_

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
_Bounding my case over to the grand jury And not giving me a prelim on all my cases._

(d) Date of the decision or action: _March 2nd 2017_

<p align="center">Your Earlier Challenges of the Decision or Action</p>

7. First Appeal

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes   ☒ No

(a) If "Yes," provide:

(1) Name of authority, agency, or court: _____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _March 2nd 2017_
(6) Issues raised: _The investigator K. Browning with H.P.D said on the stand that the charges where as stated. Charges were not acurate because of testomoney & the judge refused to give me a prelim on the other cases in my case load you supposted to get a prelim on all cases with in 6 months I did not waiver. Because of testomony By investigator is what I meant_

(b) If you answered "No," explain why you did not appeal: _No one to appeal to_

8. **Second Appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

   (a) If "Yes," provide:
      (1) Name of authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _No one to appeal to_

9. **Third Appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

    (a)    If "Yes," provide:
            (1)    Name of authority, agency, or court: _____
            (2)    Date of filing: _____
            (3)    Docket number, case number, or opinion number: _____
            (4)    Result: _____
            (5)    Date of result: _____
            (6)    Issues raised: _____

    (b)    If you answered "No," explain why you did not file a third appeal: *No one to appeal to*

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☒ No

    If "Yes," provide:
            (1)    Name of court: _____
            (2)    Case number _____
            (3)    Date of filing: _____
            (4)    Result: _____
            (5)    Date of result: _____
            (6)    Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence?

_____
_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes   ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: _____

5


(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes  ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** WRongfully Charged charges are not accurate

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The investagator said on the stand that I didn't use the wepon to deprive walmart of there property and I didn't Have the property in my possesion when I left the store

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☑ No

**GROUND TWO:** The judge and D/A refused to give me a prelim on all said cases only gave a prelim on Robbery 1st

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The D/A plainly state that he was not calling all those witnesses in.

7

me and my lawyer Joshua Shay Golden were present

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND THREE:** I don't think that the Grand jury was present with the court report of the prelim on the Robbery 1st on march 2nd 2017

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
None at this time
Can't prove at this time

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

8

## Request for Relief

15. State exactly what you want the court to do: dismiss  Mend charge of 1st Robbery & ▇ dismiss other charges on the grounds that proper procedure was not followed because prelims on other cases were denied and possiable compertation for holding me under a high bond because of the charge that needs mending or dissmised

## Declaration Under Penalty of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 3/14/17

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3/14/17                                           Charles Smith
                                                    *Signature of Petitioner*


                                                    *Signature of Attorney, if any*